IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-cv-22-DRH |
| | ) | |
| GAYLE ASHCRAFT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR DEFAULT JUDGMENT

**HERNDON, Chief Judge:**

Now before this Court is plaintiff's motion for default judgment (Doc. 7). The Clerk of Court having properly made an entry of default under Federal Rule of Civil Procedure 55(a) (Doc. 6), and plaintiff's counsel having filed the appropriate pleading and supporting affidavit, the Court hereby GRANTS plaintiff's motion for default judgment under Rule 55(b) and DIRECTS the Clerk of Court to enter judgment in favor of plaintiff United States of America and against defendant Gayle Ashcraft in the amount of $121,045.58 (total as of June 6, 2011); plus interest at the rate of 4.38% from June 6, 2011, to the date judgment is entered; court costs in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2); and future costs and interest. Post judgment interest shall accrue at

the legal rate pursuant to 28 U.S.C. § 1961(a), shall be computed daily and shall be compounded annually until this judgment is satisfied in full.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.08 13:50:35 -05'00'

**Chief Judge
United States District Court**